# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARCHER DANIELS MIDLAND COMPANY, ADM GRAIN RIVER SYSTEM, INC., AND ADM GRAIN COMPANY, PLAINTIFFS<br><br>VERSUS<br><br>M/V ISMINAKI, IN REM, FIANNA NAVIGATION S.A., MARYVILLE MARITIME INC. AND THE LONDON STEAM-SHIP OWNERS MUTUAL INSURANCE ASSOCIATION LIMITED, DEFENDANTS | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>JUDGE: |

## COMPLAINT

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

The Complaint of Archer Daniels Midland Company, ADM Grain River System, Inc., and ADM Grain Company against the M/V ISMINAKI, in rem, Fianna Navigation S.A., Maryville Maritime Inc., and The London Steam-Ship Owners Mutual Insurance Association Limited, in personam, in a cause of action

{N2168806.1}

civil and maritime, seeking relief within the Admiralty and Maritime jurisdiction of this Honorable Court, 28 U.S.C. § 1333, respectfully avers as follows on information and belief:

1.

At all material times, Archer Daniels Midland Company and ADM Grain River System, Inc. were and are Delaware corporations duly authorized to transact business in the State of Louisiana. ADM Grain River System, Inc. does business under the trade name of ADM Grain Company. Archer Daniels Midland Company, ADM Grain River System, Inc. and ADM Grain Company are hereafter referred to as "ADM" or "Plaintiff."

2.

At all material times, the defendant vessel, M/V ISMINAKI, was and is a motor vessel registered under the laws of Panama, bearing Official No. 30709-05 and Lloyd's Register No. 9163300, measuring approximately 225 meters in length and 19 meters in breadth, which is now or will be during the pendency of these proceedings afloat and within the jurisdiction of this Honorable Court.

3.

At all material times, Fianna Navigation S.A. Defendant, was and is a foreign corporation, and was and is the owner and/or operator of the M/V ISMINAKI.

4.

At all material times, Maryville Maritime Inc., Defendant, was and is a foreign corporation, and was and is the manager and/or operator of the M/V ISMINAKI.

5.

At all material times, The London Steam-Ship Owners Mutual Insurance Association Limited (hereafter "London P&I"), Defendant, was and is a foreign insurance company or mutual association transacting business in the State of Louisiana and insuring vessels that enter the State of Louisiana. London P&I is the liability insurer of defendants and the M/V ISMINAKI, and insured the defendants and the subject vessel for all manner of liability pursuant to an insurance contract or insurance agreement. Inasmuch as the acts and omissions giving rise to this claim and damages sustained by ADM occurred in the State of Louisiana, London P&I is amenable to direct action pursuant to the Louisiana Direct Action Statute, La. R.S. 22:1269.

6.

At all material times, ADM was and is the owner and operator of the grain elevator, dock and loading facility known as ADM Grain Ama Elevator, located in Ama, Louisiana. This facility is located within the jurisdiction of this Honorable Court at or near Mile Mark 117.6 AHP on the Lower Mississippi River.

7.

This is a cause in tort and breach of contract, involving a maritime nexus and subject matter, and is a cause cognizable within the Admiralty and Maritime jurisdiction of this Honorable Court, 28 U.S.C. §1333, and under the Admiralty Extension Act, 46 U.S.C. § 30101. Plaintiff also invokes the maritime procedures set forth in Fed. R. of Civ. P. 9(h) and the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

8.

The Defendants are amenable to service of process pursuant to Louisiana Water Craft Statute, La. R.S. 13:3479, and venue is proper in this District pursuant to 28 U.S.C. § 1391 as the events giving rise to this litigation occurred in this District.

9.

On or about June 21, 2009 the M/V ISMINAKI arrived at the ADM Ama facility to load a cargo of grain. The docking, loading and use of the ADM Ama facility by the defendants and the vessel was subject to the terms and conditions of a certain Berth Application, dated June 21, 2009, and the ADM Grain Elevator Tariff No. 5, the terms of which are adopted by reference and are incorporated herein. The Berth Application and applicable Tariff require, among other things, that the Defendants hold harmless and indemnify ADM from all damages related to the vessel's operations at the ADM Ama Elevator.

10.

The Defendant vessel and Defendants are justly indebted to Plaintiff for damages in the amount of $32,000.00, as can be presently estimated, and to be shown more fully at trial. The aforesaid damages relate to a gangway owned by ADM that was negligently struck and damaged by the M/V ISMINAKI on June 27, 2009 at approximately 2330 hours local time while the vessel was alongside the Ama facility's wharf. The Defendant vessel and Defendants were immediately put on notice for this claim, and given the opportunity to survey and inspect the damages.

11.

As a direct result of the aforesaid collision and incident, ADM has incurred and sustained damages, losses and expenses which are the proximate result of the unseaworthiness of the vessel and the negligence and/or inattention to duty and/or breach of statutory duty and/or breach of Inland Rules of Navigation on the part of the M/V ISMINAKI and its respective owners, operators, managers, insurers, and all claiming an interest in said vessel, which damages the Defendants herein are jointly and severally liable to your Plaintiff.

12.

Pursuant to the applicable Berth Application and Grain Elevator Tariff No. 5, the Defendants herein are contractually obligated to pay for all damages sustained by ADM as a result of the collision and damage incident described

above, together with reasonable attorneys' fees and costs and expenses incurred by Plaintiff.

13.

The damages, losses and expenses sustained by ADM include the cost to repair the damages to the gangway, surveying and inspection fees and expenses, reasonable attorneys' fees, and other expenses to be shown more fully at trial.

14.

All damages, losses and expenses sustained by Plaintiff are without fault on the part of Plaintiff.

15.

Despite amicable demand, this matter is unable to be resolved, leaving Plaintiff with no alternative but to institute legal proceedings to secure recovery for its damages.

16.

For all other reasons given above, ADM has a maritime lien against the M/V ISMINAKI and all claiming an interest in said vessel, all of whom are jointly and severally liable to Plaintiff for the amounts due as aforesaid, and this Complaint is filed for enforcement of said lien.

WHEREFORE, ADM prays that after due proceedings have been had that:

1. Process in due form of law according to the rules and practices of this Court and causes of Admiralty and Maritime jurisdiction be

issued against the M/V ISMINAKI authorizing the in rem arrest and seizure of said vessel;

2. All persons claiming any rights, title and interest in said vessel be summoned to appear and answer under oath, all and singular, the matters aforesaid, and that the vessel be condemned and sold to pay the demands as aforesaid, with interest from date of loss, cost and disbursements;

3. Judgment be entered in favor of Archer Daniels Midland Company, ADM Grain River System, Inc., and ADM Grain Company against the M/V ISMINAKI, in rem, Fianna Navigation S.A., Maryville Maritime Inc., and the London Steam-Ship Owners Mutual Insurance Association Limited, in personam, and all others claiming an interest in said vessel, jointly and severally, in the amount of $32,000.00, as can be presently estimated, together with all other amounts shown at trial, and all other losses and expenses permitted by law, including costs, attorneys' fees and interest;

4. For all other relief which the justice of the cause may require.

New Orleans, Louisiana, this 25th day of June, 2010.

Respectfully submitted,

*/s/ Richard D. Bertram*
RICHARD D. BERTRAM (#17881), T.A.
EDWARD J. KOEHL (#7805)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, LLP

Place St. Charles - 48th Floor
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone:   (504) 582-8000
Fax:   (504) 582-8010
E-mail:  rbertram@joneswalker.com
*Attorneys Plaintiffs, Archer Daniels Midland Company, ADM Grain River System, Inc., and ADM Grain Company*